UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| BENJIE BROOKINS,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>R. VOGEL, et al.,<br><br>　　　　　　　Defendants. | No. 1:05-cv-0413 OWW DLB P<br><br>**ORDER RE: DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS** |

**ORDER**

Good cause having been shown, Defendants' request for a thirty-day extension of time to and including November 15, 2006, to finalize and serve Plaintiff with Defendants' responses to Plaintiff's First Set of Interrogatories and Request for Production of Documents, is granted

IT IS SO ORDERED.

　Dated:　October 27, 2006　　　　　　　　/s/ **Dennis L. Beck**
3c0hj8　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE