UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| BENJIE BROOKINS,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>R. VOGEL, et al.,<br><br>　　　　　　　Defendants. | No. 1:05-CV-0413 OWW DLB P<br><br>**ORDER RE: DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION** |

**ORDER**

Good cause having been shown, Defendants' request for a sixty-day extension of time to and including March 6, 2007, to file a dispositive motion in this matter, is granted.

IT IS SO ORDERED.

　　**Dated:　January 8, 2007**　　　　　　/s/ Dennis L. Beck
　　3c0hj8　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1

Proposed Order RE Defendants' Request for an Extension of Time