UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BENJIE BROOKINS, | ) | CV F- 05-0413 OWW DLB P |
| | ) | |
| Plaintiff, | ) | ORDER RE PLAINTIFF'S MAY 1, 2006 FILING |
| | ) | [DOC #29] |
| v. | ) | |
| R. VOGEL, et. al., | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights complaint filed on March 28, 2005.  On May 1, 2006, plaintiff filed a document entitled "Notice of Motion and Motion in Opposition to Defendant's Summary Judgment Motion and Motion to Dismiss."  Review of the docket reveals that at the time of the filing, there were no such motions on file.  The Court therefore disregards Document No. 29, filed May 1, 2006.

IT IS SO ORDERED.

Dated:   **March 9, 2007**                    /s/ **Dennis L. Beck**
3c0hj8                                                    UNITED STATES MAGISTRATE JUDGE