1
2
3
4
5
6
7
8
9

10           UNITED STATES DISTRICT COURT
11           EASTERN DISTRICT OF CALIFORNIA
12                  FRESNO DIVISION
13

14  BENJIE BROOKINS,                    No. 1:05-CV-0413 OWW DLB P

15                    Plaintiff,        **ORDER RE:  DEFENDANTS'
                                        REQUEST FOR LEAVE TO
16        v.                            SUPPLEMENT RECORD ON MOTION
                                        FOR SUMMARY JUDGMENT**
17  R. VOGEL, et al.,

18                    Defendants.

19

20                        **ORDER**

21      Good cause having been shown, Defendants' request for leave to supplement
22  the record on Defendants' motion for summary judgment by submitting, as an additional
23  exhibit, Dr. Greenough's signed expert declaration dated March 21, 2007, is granted
24
25
26
27  IT IS SO ORDERED.
28      Dated:   **March 26, 2007**            /s/ Dennis L. Beck

                                1

Proposed Order RE:  Defendants' Request for Leave to Supplement Record on Motion for Summary Judgment

1  3c0hj8                                    UNITED STATES MAGISTRATE JUDGE

Proposed Order RE: Defendants' Request for Leave to Supplement Record on Motion for Summary Judgment