UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BENJIE BROOKINS,                          1:05-cv-0413-OWW-DLB-P

        Plaintiff,                **ORDER ADOPTING FINDINGS AND**
                                  **RECOMMENDATION** (Doc. 55)
vs.
                                  **ORDER DENYING MOTION FOR**
R. VOGEL, et al.,                         **SUMMARY JUDGMENT**

        Defendants.
_____/

    Plaintiff is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On February 13, 2008, the Magistrate Judge filed Findings and Recommendation herein which were served on the parties and which contained notice that any objections to the Findings and Recommendation were to be filed within twenty (20) days.  On March 5, 2008, plaintiff filed objections to the Magistrate Judge's Findings and Recommendation.

    In accordance with the provisions of 28 U.S.C.

1

1  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
2  <u>de novo</u> review of this case.  Having carefully reviewed the
3  entire file, the Court finds the Findings and Recommendation to
4  be supported by the record and by proper analysis.  However, it
5  is noted that there is a typographical error in the conclusion in
6  that the Magistrate recommends that defendants' motion for
7  summary adjudication of plaintiff's retaliation claim be granted
8  which is contrary to the analysis in the body of the order.
9       Accordingly, IT IS HEREBY ORDERED that:
10      1.   The Findings and Recommendation, filed February 13,
11 2008, are ADOPTED;
12      2.   Defendants' motion for summary judgment is DENIED; and
13      3.   This matter is referred to the Magistrate for trial
14           setting.
15 IT IS SO ORDERED.
16 **Dated:   March 12, 2008**               **/s/ Oliver W. Wanger**
                                         UNITED STATES DISTRICT JUDGE