IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJIE D. BROOKINS, | CASE NO. CV-F-05-00413 OWW DLB P |
| Plaintiff, | ORDER PROVIDING TRAVEL EXPENSE FOR PLAINTIFF'S PROPOSED UNINCARCERATED WITNESSES |
| vs. | ORDER EXTENDING DEADLINE FOR SUBMITTING MONEY ORDERS |
| R. VOGEL, et al., | (Doc. 65) |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. On April 2, 2008, the Court issued its Second Scheduling Order setting this matter for trial on August 12, 2008. In the Order, the Court advised plaintiff of the procedure for obtaining the attendance of unincarcerated witnesses who refuse to testify voluntarily. The Court advised plaintiff that he must first notify the Court in writing of the name and location of each unincarcerated witness and that the Court would then calculate the travel expense for each unincarcerated witness and notify plaintiff of the amount(s).

On May 1, 2008, plaintiff submitted the names of three unincarcerated witnesses. Two witnesses are located in Corcoran, California, and one witness is located in Sacramento, California.

The round trip mileage from Corcoran to Fresno is 130 miles. The mileage rate is $.505 per

1  mile.  Accordingly, for each witness from Corcoran California, plaintiff must submit a money order
2  made payable to the witness in the amount of $105.65 ($40.00 witness fee plus $65.65 mileage).
3        The round trip mileage from University of California Medical Center in Sacramento to Fresno
4  is 338 miles.  Accordingly, for each witness from Sacramento, California, plaintiff must submit a money
5  order made payable to the witness in the amount of $210.69 ($40.00 witness fee plus $170.69 mileage).
6        Plaintiff is reminded that <u>the subpoenas will not be served upon the unincarcerated witness by
7  the United States Marshal unless the money order is tendered to the court</u>.  Because no statute authorizes
8  the use of public funds for these expenses in civil cases, the tendering of witness fees and travel
9  expenses is required even if the party was granted leave to proceed in forma pauperis.
10        Due to apparent delay in getting the information to plaintiff, the Court shall extend the deadline
11  for receipt of the funds.  **If plaintiff wishes to have the Marshal serve any unincarcerated witnesses**
12  **who refuse to testify voluntarily, plaintiff must submit the money orders to the court no later than**
13  **May 30, 2008.**
14        IT IS SO ORDERED.
15        Dated:   **May 14, 2008**                    /s/ **Dennis L. Beck**
                                                                    UNITED STATES MAGISTRATE JUDGE