# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJIE D. BROOKINS, | Case No.: 1:05-cv-00413 DLB PC |
| Plaintiff, | |
| v. | ORDER DENYING WITHOUT PREJUDICE REQUEST FOR SUBPOENA |
| R. VOGEL, et al., | (Doc. 54). |
| Defendants. | |

Plaintiff Benjie D. Brookins ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On January 28, 2008, plaintiff filed a request for a subpoena. (Doc. 54). Plaintiff states that on December 11, 2007, he was placed in Administrative Segregation. Plaintiff requests to be placed in a holding cell in order to inspect and receive all documents pertaining to this civil action. Plaintiff also seeks an order compelling the Warden and property officers to release to plaintiff all plaintiff's legal documents in their possession.

The court notes that plaintiff's motion was filed six months ago, and plaintiff did not raise this matter as an outstanding issue during the trial confirmation hearing held on June 27, 2008. The court presumes that the matter is now moot. If not, plaintiff may re-file his motion.

Accordingly, plaintiff's motion for a subpoena, filed January 28, 2008, is denied without prejudice to renewal.

IT IS SO ORDERED.

Dated: **July 17, 2008**        **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE