IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJIE D. BROOKINS,           Plaintiff,      vs. R. VOGEL, et al.,           Defendants. _____/ | CASE NO. 1:05-cv-00413-DLB-(PC) ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE WITNESS FEES (DOCUMENT #84) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On July 30, 2008, plaintiff filed a motion to extend time to file witness fees.

Jury trial is scheduled to begin in this matter on September 23, 2008. While the court shall grant plaintiff's request for an extension of time, plaintiff is cautioned that it may not be possible for the United States Marshal to serve the subpoenas upon his witnesses in time to secure their attendance at trial, if plaintiff does not submit his witness fees as early as possible.

Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

///

///

///

///

1  Plaintiff is granted an extension of time, up to and including August 23, 2008, in which to
2  file witness fees.

5  IT IS SO ORDERED.
6  **Dated:**   **August 4, 2008**              /s/ **Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE