FILED

SEP 2 3 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJIE BROOKINS,<br><br>            Plaintiff,<br><br>     v.<br><br>HAYWARD, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. 1:05-cv-0413 DLB PC<br><br>ORDER REQUIRING PRODUCTION OF PLAINTIFF FOR TRIAL ON SEPTEMBER 23, 2008, AT 8:30 A.M. |

Plaintiff Benjie Brookins shall be produced to testify before the United States District Court, at 2500 Tulare Street in Fresno, California at 8:00 a.m. on Tuesday, September 23, 2008, and from day to day until completion of the proceedings or as ordered by the Court.

It is so ORDERED.

DATED: 9/23/2008             /s/ Dennis L. Beck
                             DENNIS L. BECK
                             UNITED STATES MAGISTRATE JUDGE