FILED

SEP 24 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ___C.E.___
       DEPUTY CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJIE BROOKINS, | CASE NO. 1:05-cv-0413 DLB PC |
| Plaintiff, | ORDER REQUIRING PRODUCTION OF PLAINTIFF FOR TRIAL ON SEPTEMBER 25, 2008, AT 8:00 A.M. |
| v. | |
| VOGEL, et al, | |
| Defendants. | |

Jury trial commenced in this action on September 23, 2008. Plaintiff Benjie Brookins, #E-80932, shall be produced to testify before the United States District Court, at 2500 Tulare Street in Fresno, California at 8:00 a.m. on Thursday, September 25, 2008, and from day to day until completion of the proceedings or as ordered by the Court.

It is so ORDERED.

DATED: 9/24/2008

DENNIS L. BECK
UNITED STATES MAGISTRATE JUDGE

1