**FILED**

SEP 2 5 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJIE BROOKINS,<br><br>              Plaintiff,<br><br>        v.<br><br>R. VOGEL, et. al.,<br><br>              Defendants.<br>_____/ | CASE NO. 1:05-cv-0413 DLB PC<br><br>NOTICE AND ORDER THAT PLAINTIFF IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Jury trial in this matter commenced on September 23, 2008. On September 25, 2008 judgment was entered for Defendants and against Plaintiff.

Accordingly, Plaintiff Benjie Brookins, E-80932, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: September 25, 2008

_____
UNITED STATES MAGISTRATE JUDGE

1