```
                                        FILED
                                   JUDGMENT ENTERED
                                        9/30/08
                                       (date)
                                  by _____Mary Sorelhe_____
                                         Deputy Clerk
                                    U.S. District Court
                                 Eastern District of California
                                   X   FILE CLOSED
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BENJIE D. BROOKINS,

        Plaintiff,

vs.

R. VOGEL, et al.,

        Defendants.
_____/

**JUDGMENT IN A CIVIL ACTION**

1:05CV00413 DLB (PC)

    JURY VERDICT:  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    IT IS HEREBY ORDERED AND ADJUDGED that JUDGMENT BE ENTERED IN FAVOR FOR DEFENDANTS, RONALD VOGEL, ANDRES OLIVAS, FRANZ OLIVER AND WILLIAM HAYWARD AND AGAINST PLAINTIFF.

DATED:

                                  VICTORIA MINOR, Clerk

9/30/2008

                              By: _____Mary Sorelhe_____
                                    Deputy Clerk